No. 95–642. FRIEND *v.* UNITED STATES, *ante,* p. 1093. The Solicitor General is invited to file a response to the petition for rehearing within 30 days.

No. 95–7372. GUESS *v.* KARNES, SHERIFF, FRANKLIN COUNTY, OHIO. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 25, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–7776. IN RE KENNEDY;
No. 95–7788. IN RE ROBINSON;
No. 95–7836. IN RE COTTON; and
No. 95–7869. IN RE BAKER. Petitions for writs of habeas corpus denied.

No. 95–7352. IN RE ROBINSON; and
No. 95–7365. IN RE MCQUEEN. Petitions for writs of mandamus denied.

No. 94–1988. CAMPS NEWFOUND/OWATONNA, INC. *v.* TOWN OF HARRISON, MAINE, ET AL. Sup. Jud. Ct. Me. Certiorari granted.

No. 95–891. OHIO *v.* ROBINETTE. Sup. Ct. Ohio. Certiorari granted.

No. 95–548. MARTIN ET AL. *v.* DRUMMOND CO., INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 95–599. ILLINOIS CENTRAL RAILROAD *v.* DEBIASIO. C. A. 7th Cir. Certiorari denied.

No. 95–690. FRIEDMAN *v.* GRIEVANCE COMMITTEE FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.